

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2015

No. 04-15-00165-CR

Richard **DEBENEDETTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1481
Honorable N. Keith Williams, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to November 13, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Patrick Edwin O'Fiel                      Steven  A. Wadsworth
The Law Office of Patrick O'Fiel, P.C.    Assistant District Attorney - 216th Judicial District
The Schreiner Building                      200 Earl Garrett St., Suite 202
200 Earl Garrett, Suite 206                 Kerrville, TX 78028
Kerrville, TX 78028